UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Antquineshia M Harris** | **CASE NO: 18-22366** |
| XXX-XX-6560 | **JUDGE DANIEL S. OPPERMAN** |
| **Debtor(s)** | |

_____/

## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon Motion of the Debtor(s),

**IT IS HEREBY ORDERED** that *Bells and Birds, 7870 Knapp Road, Houghton Lake, MI 48629* forward to at the following address: Chapter 13 Trustee – Office of Thomas W. McDonald, Jr., PO BOX 613286, Memphis, TN 38101, $ 69.23  per bi-weekly from the future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor's income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums. Debtor's Chapter 13 payment shall not be deducted from Debtor's vacation pay.

**Signed on December 17, 2018**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge